# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI

VIVIAN FORD et al., ) Case no. 4:09-CV-512 TCM
)
v. )
ST. LOUIS METROPOLITAN ) DECEMBER 23, 2009
TOWING, L.C. et al. )

~~MEMORANDUM FOR CLERK~~ ORDER

[Doc 68]

PLAINTIFFS' MOTION TO COMPEL DIRECTED TO ALL DEFENDANTS CALLED AND HEARD. THE COURT RULES AS FOLLOWS AS TO DEFENDANT CITY OF ST. LOUIS ONLY: DEFENDANT CITY OF ST. LOUIS TO FOLLOW UP AND UPDATE - IF NECESSARY - ALL ANSWERS TO INTERROGATORIES AND RESPONSES TO REQUEST FOR PRODUCTION. By January 22, 2010.

THE COURT'S RULING/ORDER AS TO THE OTHER DEFENDANTS SET FORTH IN A SEPARATE ORDER.

Raymond B. Floyd #58642(o)
RAYMOND B. FLOYD
ATTORNEY FOR
△ CITY OF
ST. LOUIS

Mark Pennn
atty for Plaintiff
(314) 993-4641

Please circle which applies: (Pro se) (Attorney for) Plaintiff

(Pro se) (Attorney for) Defendant

So ordered
TCM
12/23/09