UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

Vivian Ford et al,           ) Case no. 4:09-CV-512 TCM
v.                           )
St Louis Metro Towing et al) Dec 23, 2009

MEMORANDUM FOR CLERK     [Doc 68]

Plaintiffs' Motion to Compel Discovery Responses from Defendants St Louis Metropolitan Towing LC and Board of Police Commissioners called heard and ruled as follows:

Objections to Interrogatories and Production Requests which any Defendant has answered or produced documents "subject to" the objection are overruled, except as stated below with respect to Interrogatory No. and Product Request No.

Defendants to provide supplemental responses by January 22, 2010.

Interrogatory 7 and Product Request 10 and 11 are modified to require Defendants to explain how the money was received from

page 1 of 3

Please circle which applies: (Pro se) (Attorney for) Plaintiff

(Pro se) (Attorney for) Defendant

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI

Vivian Ford, ) Case no. 4:09-CV-512 JCM
v. ) 
St Louis Metro Tow, ) Dec 23, 2009

## MEMORANDUM FOR CLERK

Plaintiff was divided, or was to be devided, pursuant to a contract or otherwise, among the Defendants; and as so modified, Defendants Objections are overruled.

Interrogatory 10 and related production requests are modified to require Defendants to identify lawsuits and formal complaints made during the preceding five years against or concerning the named Defendants; and as so modified, the objections are overruled.

Interrogatory 11 and related production requests are modified to require Defendants to describe every occasion during the last five years when a vehicle towed by St Louis Metro Towing was so used; and as so modified, the objection is overruled.

page 2 of 3

Please circle which applies: (Pro se) (Attorney for) Plaintiff  /s/ Mark Henss

(Pro se) (Attorney for) Defendant

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI

Ford, ) Case no. 4:09-CV-512 PLN
v. )
St Louis, ) Dec 23, 2009

## MEMORANDUM FOR CLERK

All other ~~on~~ objections are ~~overruled~~

If any Defendant believes documents responsive to Production Requests 5 or 6 should be protected by the attorney/client privilege an appropriate privilege log shall be prepared including each such document.

All other objections to the Interrogatories and Production Requests are overruled.

Svadel
[signature]
12/23/09

[signature]
Attorney for Plaintiff
(314) 993-4261

page 3 of 3

Please circle which applies: (Pro se) (Attorney for) Plaintiff [signature]

(Pro se) (Attorney for) Defendant