UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| VIVIAN FORD a/k/a VIVIAN FORD SHEPPARD AND EARL JOHNSON, ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | Cause No. 4:09-CV-512-TCM |
| ST. LOUIS METROPOLITAN TOWING, L.C., ) et al., ) ) | |
| Defendants. ) | |

MOTION: ✓
Granted ✓
Denied _____
Overruled _____
Date _____
6/23/10

## SUPPLEMENTAL MEMORANDUM AND MOTION FOR DISMISSAL

COME NOW Plaintiffs, by and through their attorneys, in response to the show cause Order of this Court (Doc 107), and in accordance with the agreements of the parties, including consideration of the City of St. Louis, and state that all claims and causes of action asserted by them against all Defendants, including the City of St. Louis, can and should be dismissed. Accordingly, Plaintiffs request, pursuant to Rule 41, Fed.R.Civ.P. that the Court dismiss this case as to all Defendants with prejudice, each party to bear its own costs.

THE PERRON LAW FIRM, P.C.

/ss/ Martin L. Perron
MARTIN L. PERRON, #26783
MARIA V. PERRON, #31739
275 North Lindbergh
St. Louis, Missouri 63141-7809
(314) 993-4261
(314) 993-3367 Facsimile
ATTORNEYS FOR PLAINTIFFS